UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LENORE BARTON,<br><br>          Plaintiff,<br><br>   v.<br><br>MICHELLE KING,<br><br>          Defendant. | Case No. 25-cv-01420-SVK<br><br>**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby REFERRED to the Honorable Robert M. Illman for consideration of whether the case is related to *Barton v. Kijakazi*, Case No. 21-cv-9662-RMI.

**SO ORDERED.**

Dated: February 11, 2025

_____
SUSAN VAN KEULEN
United States Magistrate Judge